IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:16-cr-243 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| SHAWN P. PARRISH, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant Shawn P. Parrish's Motion to Suppress Evidence. (Doc. 26.)  An evidentiary hearing on Defendant's Motion is hereby set for **Friday, February 3, 2017 at 1:00 p.m.**

Motions in limine, proposed jury instructions, stipulations and exhibit lists must be filed by **Monday, February 6, 2017.**  The Final Pretrial Conference is rescheduled for **Tuesday, February 7, 2017 at 4:30 p.m.**  The issues that will be addressed at the Final Pretrial Conference are set forth in the operative scheduling order for this case.  (Doc. 22.)

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2017