# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 2:16-cr-243
                                Also 2:21-cv-1516

                                  Chief Judge Algenon L. Marbley
- vs -                          Magistrate Judge Michael R. Merz

SHAWN PATRICK PARRISH,

        Defendant.    :

## ORDER EXTENDING REPLY DATE AND ORDERING THE UNITED STATES TO RE-SERVE ITS RESPONSE.

This proceeding under 28 U.S.C. § 2255 is before the Court on Motion of Defendant Shawn Parrish to extend the date by which he may file his reply to the Government's Response (ECF No. 148). The request is well taken because the docket shows the United States Attorney served the Government's Response on Parrish's prior counsel, but after she had been granted leave to withdraw (Response, ECF No. 144, PageID 1790).

It is accordingly ORDERED:

1. The United States Attorney shall re-serve the Response by mail on Defendant, who is now proceeding *pro se*, and file a new certificate of service.

2. Parrish's reply shall be filed not later than thirty days from the date on which the Government's Response is mailed to him.

IT IS SO ORDERED.

August 3, 2021.

s/ *Michael R. Merz*  
United States Magistrate Judge